UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSE ANGEL RODRIGUEZ, | ) | CASE NO. C09-1003-RAJ |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's response, the Report and Recommendation (Dkt. # 17) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, and noting that petitioner did not object to the Report and Recommendation, finds and ORDERS as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus (Dkt. 7) is DENIED, and this action is DISMISSED with prejudice; and

//

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 12th day of February, 2010.

_____
The Honorable Richard A. Jones
United States District Judge